IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAL LESZCZYNSKI, individually and on behalf of all others similarly situated,<br>    *Plaintiff,*<br><br>  v.<br><br>D&A SERVICES, LLC,<br>    *Defendant.* | CIVIL ACTION<br>NO. 20-4387 |

## ORDER

AND NOW, this 20th day of April, 2021, upon consideration of Defendant D&A Services, LLC's Motion to Dismiss (ECF 4), its Corrected Memorandum of Law (ECF 6), Plaintiff Rafal Leszczynksi's Opposition (ECF 7); Defendant's Reply (ECF 8) and the additional authority it submitted in support of its motion (ECF 9), and consistent with the accompanying memorandum of law, it is **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Complaint (ECF 1) is **DISMISSED** without prejudice because Plaintiff lacks standing to sue.

The Clerk of Court shall mark this case as closed.

                  BY THE COURT:

                  */s/ Gerald J. Pappert*
                  GERALD J. PAPPERT, J.